IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
AMERIS BANK,                  )
                              )
     Plaintiff,               )
                              )        CIVIL ACTION NO.
     v.                       )          2:26cv59-MHT
                              )              (WO)
BFS CARRIERS LLC, et al.,     )
                              )
     Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered today and because the court expressly finds and determines pursuant to Rule 54(b) of the Federal Rules of Civil Procedure that there is no reason for delay, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Ameris Bank's motion for default judgment (Doc. 22) is granted.

(2) Judgment is entered, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, in favor of plaintiff Ameris Bank and against defendants BFS Carriers, LLC, BFS Logistics, LLC, and Neal Whatley for

breach-of-contract damages in the amount of $ 81,374.17; interest charges in the amount of $ 1,003.32 accrued since June 9, 2026; and attorneys' fees and costs in the amount of $ 13,024.65. Plaintiff Ameris Bank shall have and recover from defendants BFS Carriers, BFC Logistics, and Whatley all of these sums.

It is further ORDERED that costs are taxed against defendants BFS Carriers, BFC Logistics, and Whatley, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rules 54(b) and 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 6th day of July, 2026.

      /s/ Myron H. Thompson      
UNITED STATES DISTRICT JUDGE

2