IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
AMERIS BANK,                    )
                                )
     Plaintiff,                 )
                                )        CIVIL ACTION NO.
     v.                         )           2:26cv59-MHT
                                )              (WO)
BFS CARRIERS LLC, et al.,       )
                                )
     Defendants.                )
```

DISMISSAL ORDER

Upon consideration of plaintiff Ameris Bank's motion to drop Thomas Sutter as a defendant or to dismiss all claims against Thomas Sutter (Doc. 27), and for good cause shown, it is ORDERED as follows:

(1) This case is reopened.

(2) The stay of proceedings against Thomas Sutter (Doc. 20) is lifted.

(3) The motion to dismiss (Doc. 27) is granted, and pursuant to Federal Rule of Civil Procedure 41(a)(2), all claims against defendant Thomas Sutter are dismissed without prejudice, and he is terminated as a party.

(4)  The motion to drop (Doc. 27) is denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 22nd day of July, 2026.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE

2